UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA GAUDRON (1),<br>JONATHAN SARABIA (2)<br><br>Defendants. | Case No.: 21CR1747-CAB<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Secs.<br>1324(a)(1)(A)(ii) –<br>Transportation of Certain<br>Aliens |

The Acting United States Attorney charges:

### Counts 1 -3

On or about May 24, 2021, within the Southern District of California, defendants PATRICIA GAUDRON and JONATHAN SARABIA, knowing and in reckless disregard of the fact that the aliens below, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said aliens, within the United States, in order to help said aliens remain in the United States illegally:

| Count | Name |
|---|---|
| 1 | Gustavo Perez-Figueroa |
| 2 | Anayelli Tinoco-Alvarez |
| 3 | Ramon Garcia-Montiel |

//

//

ETC:jrdc:6/7/2021

in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: 6/7/2021.

RANDY S. GROSSMAN
Acting United States Attorney

EDWARD CHANG
Assistant U.S. Attorney