```
RANDY S. GROSSMAN
Acting United States Attorney
EDWARD CHANG
Assistant United States Attorney
California State Bar No. 268204
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7319

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>JONATHAN SARABIA (2),<br><br>              Defendant. | Case No. 21CR1747-CAB<br><br>**STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESSES AND ORDER THEREON**<br><br>(Pre-Indictment<br> Fast-Track Program) |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, Acting United States Attorney, and Edward Chang, Assistant United States Attorney, and defendant JONATHAN SARABIA, by and through and with the advice and consent of defense counsel, Zainab Khan, that:

    1.    Defendant agrees to execute this stipulation on or before the first preliminary hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it.

    2.    The material witnesses, Gustavo Perez-Figueroa, Anayelli Tinoco-Alvarez, and Ramon Garcia-Montiel in this case:

ETC:jrdc:6/7/2021

| | | |
|---|---|---|
| 1 | a. | Are aliens with no lawful right to enter or remain in the United States; |
| 2 | | |
| 3 | b. | Entered or attempted to enter the United States illegally on or about May 24, 2021; |
| 4 | c. | Were found in a vehicle, driven by defendant with the co-defendant PATRICIA GAUDRON as a passenger near Chula Vista, California; |
| 5 | | |
| 6 | d. | Were paying between $8,000.00 to $8,500.00 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and, |
| 7 | | |
| 8 | e. | May be released and remanded immediately to the Department of Homeland Security for return to their country of origin. |
| 9 | | |

3. The vehicle driven by defendant in this case:

    a. Was seized as evidence and is held by the Department of Homeland Security.

4. After the court has ordered the material witnesses released, pursuant to this stipulation and joint motion, if defendant does not plead guilty to a violation of 8 U.S.C. § 1324, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a. The stipulated facts set forth in paragraph 2 above shall be admitted as substantive evidence;

    b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witnesses provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of unavailable witnesses;

    c. Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witnesses who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witnesses in this case; and,

5. By signing this stipulation and joint motion, defendant

certifies that defendant has read it (or that it has been read to defendant in defendant's native language).  Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witnesses to the Department of Homeland Security for return to their country of origin.

It is **STIPULATED AND AGREED** this date.

Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

8/27/2021
DATED

*Katie Grannendis* FOR
EDWARD CHANG
Assistant U.S. Attorney

8/27/21
DATED

ZAINAB KHAN
Defense Counsel

I have reviewed this stipulation and joint motion in its entirety with Mr. Jonathan Sarabia and he agrees to be bound by its terms and conditions.

DATED

JONATHAN SARABIA
Defendant

**O R D E R**

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence; and

**IT IS ORDERED** that the above-named material witnesses be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

_____    _____
DATED                           United States Magistrate Judge