# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>vs.<br><br>**Patricia Gaudron,**<br><br>                              Defendant. | Case No. 3:21-CR-1747-CAB-1<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

- [x] an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

- [ ] the Court has dismissed the case for unnecessary delay; or

- [ ] the Court has granted the motion of the Government for dismissal, without prejudice; or

- [ ] the Court has granted the motion of the defendant for a judgment of acquittal; or

- [ ] a jury has been waived, and the Court has found the defendant not guilty; or

- [ ] the jury has returned its verdict, finding the defendant not guilty;

- [x] of the offense(s) as charged in the Indictment/Information:
  8:1324(a)(1)(A)(ii) - Transportation of Illegal Aliens

Dated: 9/13/22

**Hon. Daniel E. Butcher**
United States Magistrate Judge